(1)

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS WICHITA FALLS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 18 2023
CLERK, U.S. DISTRICT COURT
By
Deputy

Plaintiff,

Christopher Buswell #2167851

VS.

Defendants,

1. Unknown Nurse, in his/her individual and official capacity;
2. Ashlee D. Shannon, LVN, in her individual and official capacity;
3. Joseph Eastridge, N.P., in his individual and official capacity;
4. Kenyon Page, Medical Administrator, in his individual and official capacity.

Complaint

Civil Action No: 7-23CV-083-O

# I

## JURISDICTION & VENUE

This is a civil Action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff's claims for injunctive relief are authorized by U.S.C. Section 2283 & 2284 and Rule 65 of the F.R.C.P.

# II

## PLAINTIFF

Christopher Buswell, #2167851, is and was at all times mentioned herein a prisoner of the State of Texas in the custody of the Texas Department of Criminal Justice. He is currently confined at the James V. Allred Unit, 2101 FM 369 N., Iowa Park, TX 76367.





DEFENDANTS

1. Unknown nurse, T.D.C.J., James V. Allred Unit, 2101 FM 369 N., Iowa Park, TX 76367, in his/her individual and official capacity, is legally responsible for the failure to properly diagnose and treat broken hand, therefore causing irreparable harm and pain and suffering;

2. Ashlee D. Shannon, LVN, T.D.C.J., James V. Allred Unit, 2101 FM 369 N., Iowa Park, TX 76367, in her individual and official capacity, who was responsible for the application of a prescribed medical device, failed to apply said device, therefore causing irreparable harm and pain and suffering;

3. Joseph Eastridge, N.P., T.D.C.J., James V. Allred Unit, 2101 FM 369 N., Iowa Park, TX 76367, in his individual and official capacity, failed to properly diagnose, treat, and issue orders to have bone properly set, therefore causing irreparable harm and pain and suffering;

4. Kenyon Page, Medical Administrator, T.D.C.J., James V. Allred Unit, 2101 FM 369 N., Iowa



Park, TX 76367, in his individual and official capacity, falsely claimed that Plaintiff's medical treatment that he received was in accordance to Policy A-01.1 when responding to the step-1 grievance Plaintiff filed (see EXHIBIT-A).

Each defendand is sued individually and in his/her official capacity. At all times mentioned in this complaint, each defendant acted under color of state law.

# IV

## PREVIOUS LAWSUITS

For the Court's information, I have filed a previous lawsuit, a 1983 civil action for excessive use of force in approximately 2009 in Multnomah County, Oregon. Settled approximately one year later. Defendants were, Jeffery Haner, Et ah.

Plaintiff has never been sanctioned by any court.

# V



## GENERAL BACKGROUND INFORMATION

Plaintiff has an O.D.O.C. number: 12535034.

## VI

## EXHAUSTION OF GRIEVANCE PROCEDURE

Plaintiff, Christopher Buswell, has exausted all steps of the grievance procedures in accordance with 42 U.S.C.A § 1997e (a). (see EXHIBIT-A, B).

## VII

## FACTS

1. On October 1st, 2022, at the James V. Allred Unit, T.D.C.J., 2101 FM 369 N., Iowa Park, TX 76367, Plaintiff's 5th metacarpel was broken in his right hand at approximately 3:00 AM.

2. Later that morning, approximately 7-8:00 AM, Ashlee D. Shannon, LVN visited Plaintiff's cell and tossed a hand-splint on his cell-floor

and gave him a Naproxin For Pain, but Failed to administer the medical device prescribed by Unknown Nurse.

3. Four-days later Plaintiff Finally received an X-ray (October 5th, 2022).

4. It took another 5-days For Plaintiff to receive a Follow-up appointment in which he was told by a different Unknown nurse, "The X-rays have not been E-mailed to the specialist yet."

5. On October 19th, 2022, per Plaintiff's request, he saw Nurse practitioner, Joseph Eastridge, who at that time refused to refere plaintiff for surgery. Stating, "What do you want me to do about it?" Refering to plaintiff's broken hand.

6. On October 19th, 2022, Plaintiff Filed a Step-1 grievance form stating that, "I need my broken hand set and attended to like it should've been."

7. On November 18th, 2022, Plaintiff asked Joseph Eastridge, "IF my hand would have been attended to in a timely manner, without delay, could it have been set and treated?" To which he replied, "Yes".



8. Also on November 18th, 2022, Kenyon Page, Medical Administrator, answered above mentioned Step-1 grievance by Falsely Stating, "You have been seen in accordance with correctional managed health care policy A-01.1. This Shows that the Supervisor learned of Plaintiff's rights and Failed to do anything to Fix the Situation

9. On November 23rd, 2022, Plaintiff Filed a Step-2 grievance Form in order to try and get the much-needed medical attention he needed and due to being dissatisfied with the step-1's response.

10. On January 6th, 2023, The "Step-2 Medical Grievance Program Office of Proffessional Standards T.D.C.J. Health Services Division" Falsely Stated, "You have been afforded access to appropriate medical care."

## LEGAL CLAIMS

1. The deliberate indifference to medical

needs violates Plaintiff Christopher Buswell's rights and constitutes cruel and unusual punishment, a due process violation under the 8th Amendment to the United States Constitution;

2. The failure to respond reasonably, with delay, to Plaintiff's serious medical needs is a criminal act under 18 U.S.C. 4;

3. 28 U.S.C. 1343 1-4 allows Plaintiff to sue anyone who fails to prevent harm under any color of law;

4. The doctor/nurse's delaying and denying plaintiff medical care is deliberate indifference.

5. A doctor/nurse's failure to respond appropriately is deliberate indifference.

The Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants monetary and injunctive relief which plaintiff seeks.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays this court enter judgement granting Plaintiff:

1) Compensatory damages of $100,000 against each defendant jointly and severally;

2) Punitive damages of $25,000 against each defendant;

3) A Preliminary Injunction for defendants to follow expert witness' medical and prescription orders, including corrective surgery;

4) A jury trial on all issues triable by jury;

5) Plaintiff's costs in this suit;

6) Any additional relief this court deems just, proper, and equitable.

Dated: August 11th, 2023,

Respectfully Submitted,



Chris Buswell #2167851
James V. Allred Unit
2101 FM 369 N.
Iowa Park, TX 76367

I have read the Foregoing Complaint and hereby verify that the matters alleged therein are true. I certify under penalty of purjury that the Foregoing is true and correct.

Executed at Iowa Park, Texas on August 11th, 2023.

Chris Buswell

Chris Buswell

EXHIBIT A

NOV 21 2022

# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

Buswell, Chris

**OFFICE USE ONLY**

Grievance #: 2023021751

Date Received: OCT 21 2022

Date Due: DEC 05 2022

Grievance Code: 1456 600

Investigator ID #:

Extension Date:

Date Retd to Offender: NOV 21 2022

Offender Name: Chris Buswell TDCJ # 2167851

Unit: Allred Housing Assignment: ~~3-G7B~~ 3C-37B

Unit where incident occurred: Allred

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Major Sheehan, who referred me to Lt. Capp. When? 10-19-22

What was their response? "Write an I-60, now go", accompanied with a pointed finger.

What action was taken? Absolutely nothing other than the writing of this grievance.

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

This grievance is in regards to "matters relating to conditions of care for which a remedy is available." This grievance is against the medical department, specifically "Joseph Eastridge".

During the 8:30am Counttime on Oct. 19th while attending to a "PSL II" lay-in at 10-building, I was denied medical attention for a broken bone. Joseph Eastridge was rude and vehemently denied me the proper care I need, refusing also an appointment with a specialist.

An explanation is due: On Oct. 1st, between 2am and 3am on D-pod, 61-cell, I was attacked by my (then) cellmate Michael Brown #02345?? after I told him to stop with the code-20s while I was in the cell. He was committing them on the female officers. (as proof, check his last couple write-ups). As a result of this attack, my hand was broke.

Approx. 4am, on the way to PHD — I received no case — I saw saw medical. Pix were taken. Naproxin given to me.

Oct. 5th, X-rays were taken.

Oct. 10th, I had a check up while still in 12-bld (PHD) and was told the X-rays had not been E-mailed yet to the specialist. This is medical malpractice.

Oct. 17th, I sent an I-60 to medical inquiring about why my hand has not been attended to yet. (I'm now in 3-37B).

Oct. 19th, Due to above I-60, I attended an appointment at 10-bld with Nurse Practitioner, Joseph Eastridge. "What do you want me to do?" He says. "It needs pins, to be fixed. Probably surgery." After an arguement

ensues, I'm denied ~~...~~ process medical attention. Medical Malpractice. My hand was not treated and has been allowed to heal improperly. I have a huge, painful lump on my hand. Comparing my two hands side by side, my right pinky finger is almost a ½" shorter. I will now have to have my hand RE-broke before it can get repaired properly.

**Action Requested to resolve your Complaint.** I need my broken bone set and attended to like it should've been.

**Offender Signature:** Chris Buswell **Date:** Oct-19-22

**Grievance Response:**

Documentation obtained from your electronic health record reflects that you were seen by the medical provider on 10/19/22 for a follow up for a reported hand fracture. The provider noted that you were issued a splint for your hand on 10/01/22 that you were not utilizing it on 10/19/22. The provider also noted a prominence over your right 5th distal metacarpal, no rashes or open wounds, and that you had full range of motion to your hand. You were educated that the splint needed to be used and a surgery consult could be made, however, you left the appointment before its conclusion. You have been seen in accordance with Correctional Managed Health Care Policy A-01.1 and may continue to be seen via the sick call process.

**Signature Authority:** Kenyon Page Medical Administrator [signature] **Date:** NOV 1 8 2022

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ________

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ________

**OFFICE USE ONLY**

Initial Submission UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**2nd Submission** **UGI Initials:** ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**3rd Submission** **UGI Initials:** ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____



EXHIBIT B

FEB 09 2023

Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2023021751

UGI Recd Date: NOV 28 2022

HQ Recd Date: NOV 29 2022

Date Due: 1/12/23

Grievance Code: 602

Investigator ID#: I0352

Extension Date:

JA

Offender Name: Chris Buswell TDCJ # 2167851

Unit: Allred Housing Assignment: ~~3 C37B~~ 4E-18T

Unit where incident occurred: Allred

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Nothing is being done. Now lets anilyze the step-1 response. Yes, I was issued a splint on oct. 1st. It was tossed into my cell with no instructions or any sort of help whatsoever. My break is too severe for a "splint" to do anything for. On oct. 5th I received an X-ray. On oct. 10th I had a check up while still in 12-bld (PHd) and was told, "Sorry the X-rays have not been E-mailed yet." Why did in take 4-days for an X-ray, then to just have them for another 5-days and not send them? And yes, I did see ~~Dep~~ Joseph Eastridge on oct. 19th and he refused to let me see a specialist or refere me to Mumford for surgery. Let me clarify: I do NOT have full range of motion of my hand. It hurts to wash in the shower, to write, to do laundry. On Nov. 18th when I last saw Eastridge — due to writing I-60s requesting an appointment — I asked him, "In your opinion, had my hand been attended to in a timely manner, could something have been done?" He said, "Yes". Joseph Eastridge also told me my 5th metacarpel is at 37°. It's supposed to be straight: 0°. It looks like it's at 60°. Eastridge never even touched my hand. I've yet to see a specialist. I requested updated pictures to be taken — I-60 was never responded to, except to be refered to Nurse sick call. After Eastridge refused to refere me to Mumford or help me in any way, we argued and then I left."... A surgery consult could

I-128 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

Appendix G

be made..." Is an absolute lie and a cover for medical malpractice.

**Offender Signature:** Chris Buswell **Date:** Nov. 23rd, 22

**Grievance Response:**

In your Step 1 medical grievance, you stated you have been denied appropriate medical treatment for your fractured hand. You are requesting to have your broken bone set.

The Step 2 appellate review supports the response at Step 1 as the health record documentation substantiates the response. Further review shows you were seen by a provider who noted a specialist would be consulted concerning your hand fracture. You were also seen by a provider on 11/18/2022 concerning surgery for your hand. The provider noted your case was discussed with the specialist who advised there is no recommendation for surgery. You were advised to wear your splint and to continue to take your medication as ordered. Although you and your healthcare providers may differ in opinion regarding your needs and the medical treatment rendered, these decisions are ultimately the responsibility of the facility providers. Review of the documentation shows you have been afforded access to appropriate medical care.

If you feel your condition has changed, you are advised to submit a Sick Call Request (SCR). There is no further action warranted for this issue through the appellate review.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

**Signature Authority:** ______ **Date:** 1/06/2023

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible.***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments.***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate.***

**CGO Staff Signature:** ______

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

Chris Buswell #2167851
James V. Allred Unit
2101 FM 369 N.
Iowa Park, TX 76367
XRAY
LEGAL
Office of Clerk of the District Court
501 W. 10th St., Room 310
Fort Worth, TX 76102-3673
RECEIVED
AUG 18 2023

PRIVILEGED OFFENDER MAIL
INSTITUTIONS DIVISION