IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER BUSWELL, §<br>TDCJ No. 02167851, §<br> §<br>Plaintiff, §<br> §<br>v. §<br> §<br>UNKNOWN NURSE, et al., §<br> §<br>Defendants. § | Civil Action No. 7:23-cv-083-O |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims set forth in his answers to the Court's Questionnaire that arose after August 11, 2023, for which administrative remedies could not have been exhausted, are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

Plaintiff's remaining federal claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted under 42 U.S.C. § 1983.

The Court declines to exercise supplemental or pendant jurisdiction over any possible state law claims.

**SIGNED** this **21st day** of **August, 2024.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE